# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| TONYA BODIN | CIVIL ACTION NO. 17-1225 |
| VERSUS | JUDGE ROBERT G. JAMES |
| H C C LIFE INSURANCE CO. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 18], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Tonya Bodin's Motion to Remand [Doc. No. 10] is DENIED.

MONROE, LOUISIANA this 21st day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE